UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2020
```

4 WALLEBITDA, LLC,
    t/a THE AINSWORTH, and
JOHN SULLIVAN,

           Plaintiffs,

v.

MATTHEW SHENDELL,
FONDUE 26, LLC,
RONBON, LLC,
AINS NASHVILLE, LLC,
AINS KC, LLC,
AINSPH, LLC,
AINSWORTH GRILLE PORTAL, LLC,
AINS IP COMPANY, LLC,
PAIGE HOSPITALITY GROUP, LLC,
and
AINS HOLDING COMPANY LLC,

           Defendants.

Civil Action No. 1:20-CV-05700

~~PROPOSED~~ **ORDER**

### ORDER ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER and PRELIMINARY INJUCTION

      Counsel for the Plaintiffs, 4 Wallebitda, LLC, t/a The Ainsworth and John Sullivan have moved for a temporary restraining order against Defendants, Matthew Shendell, Fondue 26, LLC, Ronbon, LLC, Ains Nashville, LLC, Ains KC, LLC, Ainsph, LLC, Ainsworth Grille Portal, LLC, Ains IP Company, LLC, Paige Hospitality Group, LLC and Ains Holding Company, LLC in this case for defendants violation of the Lanham Act. The Plaintiffs' motion for a temporary restraining order and preliminary injunction is hereby DENIED, except as otherwise set forth below:

1. Defendants are hereby enjoined from using the trademark and/or name "The Ainsworth" in connection with or at The Ainsworth Social during the pendency of this litigation;

2. ~~Defendants are~~ **Defendant Shendell is** hereby enjoined from referring to or holding ~~themselves~~ **himself** out as the CEO of the Ainsworth during the pendency of this litigation.

SO ORDERED, this day of August 4, 2020, at New York, New York~~.~~

_____
Honorable Valerie E. Caproni
United States District Judge

WSACTIVELLP:11669992.1