USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

4 WALLEBITDA, LLC, t/a THE AINSWORTH, :
JOHN SULLIVAN, :
: 
                            Plaintiffs, :
:    20-CV-5700 (VEC)
v. :
:    ORDER
MATTHEW SHENDELL, FONDUE 26, LLC, :
RONBON, LLC, AINS NASHVILLE, LLC, :
AINS KC, LLC, AINSPH, LLC, AINSWORTH :
GRILLE PORTAL, LLC, AINS IP COMPANY, :
LLC, PAIGE HOSPITALITY GROUP, LLC, and :
AINS HOLDING COMPANY LLC, :
:
                            Defendants :
:
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a hearing on Defendants' motion for a preliminary injunction is scheduled for November 30, 2020 at 10:00 a.m.;

IT IS HEREBY ORDERED THAT: Due to a scheduling conflict, the hearing will be held on **November 30, 2020 at 5:00 p.m**. Links to appear via video will be sent directly to counsel. Members of the public may attend the hearing by dialing (917) 933-2166, using the conference ID 302140769. Any recording of the hearing is strictly prohibited.

**SO ORDERED.**

Date: November 23, 2020
      New York, NY

                                              **VALERIE CAPRONI**
                                              **United States District Judge**