```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
4 WALLEBITDA, LLC, t/a THE AINSWORTH,  :
JOHN SULLIVAN,                         :
                                       :
                         Plaintiffs,   :
                                       :       20-CV-5700 (VEC)
                                       :
v.                                     :
                                       :          ORDER
MATTHEW SHENDELL, FONDUE 26, LLC,      :
RONBON, LLC, AINS NASHVILLE, LLC,      :
AINS KC, LLC, AINSPH, LLC, AINSWORTH   :
GRILLE PORTAL, LLC, AINS IP COMPANY,   :
LLC, PAIGE HOSPITALITY GROUP, LLC, and :
AINS HOLDING COMPANY LLC,              :
                                       :
                         Defendants    :
                                       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS a hearing on Defendants' motion for a preliminary injunction is scheduled for December 14, 2020 at 11:00 a.m.;

   WHEREAS Plaintiffs' opposition to Defendants' motion was due by **December 7, 2020** (Dkt. 53);

   IT IS HEREBY ORDERED THAT: Plaintiffs must submit an opposition by **December 8, 2020 at 5:00 p.m**. Failure to do so will result in the Court treating Defendants' motion as unopposed.

**SO ORDERED.**

Date:  December 8, 2020                                _____
       New York, NY                                    **VALERIE CAPRONI**
                                                       **United States District Judge**