UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

4 WALLEBITDA, LLC, t/a THE AINSWORTH,   :
JOHN SULLIVAN,                                            :
                                                                       :
                                                     Plaintiffs,   :
                                                                       :
v.                                                                     :
                                                                       :
MATTHEW SHENDELL,  FONDUE 26, LLC,   :
RONBON, LLC, AINS NASHVILLE, LLC,           :
AINS KC, LLC, AINSPH, LLC,  AINSWORTH    :
GRILLE PORTAL, LLC, AINS IP COMPANY,      :
LLC, PAIGE HOSPITALITY GROUP, LLC, and  :
AINS HOLDING COMPANY LLC,                      :
                                                                       :
                                                 Defendants  :
                                                                       :
.-------------------------------------------------------- X
-

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                │
│ DOC #:_____             │
│ DATE FILED: 12/14/2020              │
└─────────────────────────────────────┘
```

20-CV-5700 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a hearing on Defendants' motion for a preliminary injunction was held on December 14, 2020;

IT IS HEREBY ORDERED THAT:

1. For the reasons stated at the hearing, Defendants' motion for a preliminary injunction is DENIED.

2. Defendants' motion for leave to amend its answer is stayed pending the parties' settlement conference on February 4, 2021.  No later than **February 18, 2021**, the parties must submit a joint letter indicating the status of the case.

3. The fact discovery deadline is extended to **March 5, 2021.**

4. The pretrial conference scheduled for January 8, 2021 is adjourned to **March 5, 2021 at 10:00 a.m.**  The parties' joint letter is due by **February 25, 2021.**

The Clerk of Court is directed to close the open motion at docket entry 46.

**SO ORDERED.**

**Date:  December 14, 2020**
         **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**